UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Azzam Kadoura, | ) |
|     Plaintiff, | ) CIVIL ACTION NO. |
| | ) 05-10204 MLW |
| vs. | ) |
| | ) |
| Harte-Hanks, Inc. d/b/a | ) |
|   Harte-Hanks Data Technologies, | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Azzam Kadoura, by his attorney, and respectfully submits herein his returns of service of process in the above action.

Respectfully submitted,
Azzam Kadoura
By his attorney,

_____
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 2-24-05

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Azzam Kadoura

      V.

**SUMMONS IN A CIVIL ACTION**

Harte-Hanks, Inc. d/b/a
   Harte-Hanks Data Technologies

CASE NUMBER:

**05c 10204 MLW**

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
Harte-Hanks, Inc. d/b/a
Harte-Hanks Data Technologies
200 Concord Plaza Dr., Suite 800
San Antonio, TX 78216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA   02114

(617) 532-2666

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB - 2 2005

CLERK                                                       DATE

(By) DEPUTY CLERK



♦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Azzam Kadoura

V.

**SUMMONS IN A CIVIL ACTION**

Harte-Hanks, Inc. d/b/a
  Harte-Hanks Data Technologies

CASE NUMBER:

**05cv 10204 MLW**

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
Harte-Hanks, Inc. d/b/a
Harte-Hanks Data Technologies
200 Concord Plaza Dr., Suite 800
San Antonio, TX 78216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114

(617) 532-2666

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB - 2 2005

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-18-05 |
| NAME OF SERVER (PRINT) PAUL F. WOOD | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to Fed.R.Civ.P. 4(h) and Mass.R.Civ.P. 4(e), by serving copies of the Summons and Complaint upon Defendant via U.S. Certified mail.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-24-05
             Date                    Signature of Server

Law Office of Paul F. Wood P.C.
45 Bowdoin Street
Boston, Massachusetts 02114
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.