UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AZZAM KADOURA,<br>   Plaintiff,<br><br>v.<br><br>HARTE-HANKS, INC. d/b/a HARTE-<br>HANKS DATA TECHNOLOGIES,<br>   Defendant. | Case No. 05-10204 |

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANTS HARTE-HANKS, INC. D/B/A HARTE-HANKS DATA TECHNOLOGIES TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Harte-Hanks, Inc. d/b/a Harte-Hanks Data Technologies ("Defendant") respectfully requests, with the assent of the Plaintiff, that it be granted a 21 day extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Monday, April 4, 2005. As grounds for this motion, Defendant states that it needs more time to investigate Plaintiff's allegations in order to adequately answer or otherwise respond to his Complaint.

WHEREFORE, Defendants respectfully request that it be granted an extension of time, up to and including April 4, 2005, to answer or otherwise respond to Plaintiff's Complaint.

                Respectfully submitted,

                HARTE-HANKS, INC.,
                D/B/A HARTE-HANKS DATA TECHNOLOGIES
                By its attorneys,

                /s/Richard W. Paterniti
                Andrew C. Pickett, BBO #549872
                Richard W. Paterniti, BBO#645170
                Jackson Lewis LLP
                75 Park Plaza
                Boston, MA 02116
March 8, 2005          (617) 367-0025

ASSENTED TO AND AGREED TO BY:    /s/Paul F. Wood
Paul F. Wood, BBO #565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114
(617) 532-2666