

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

RALEIGH-DURHAM, NC
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

July 27, 2005

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

        Re:    *Kadoura v. Harte-Hanks, Inc. d/b/a Hare-Hanks Data Technologies*
              *United States District Court Civil Action No. 05-10204-MLW*

Dear Sir/Madam:

    The parties are not in agreement on the transfer of the above-referenced case to a magistrate judge.

                        Very truly yours,

                        JACKSON LEWIS LLP

                        Richard W. Paterniti

RWP:jr

cc:    Andrew C. Pickett
       Paul Wood