UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AZZAM KADOURA,
    Plaintiff,

v.

HARTE-HANKS, INC. d/b/a HARTE-HANKS DATA TECHNOLOGIES,
    Defendant.

Case No. 05-10204

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties agree and request that the Court approve the following proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

The parties have agreed upon a discovery plan, as presented below, but were unable to agree upon a schedule for this discovery plan. As a result, the proposed dates from each party for the discovery plan are below:

| **Defendant's Proposed Schedule** | **Plaintiff's Proposed Schedule** | |
|---|---|---|
| March 30, 2006 | Jan. 30, 2006 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions. The parties agree that Plaintiff's deposition, and the deposition of one fact witness, should not be limited to seven hours or to one day. |

| **Defendant's Proposed Schedule** | **Plaintiff's Proposed Schedule** | |
|---|---|---|
| May 12, 2006 | March 13, 2006 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| June 12, 2006 | April 12, 2006 | Deadline for filing oppositions, if any, to dispositive motions. A moving party may file a reply to the opposition of the responding party. |
| July 31, 2006 | May 31, 2006 | Plaintiff to disclose his experts and expert reports. |
| October 15, 2006 | June 30, 2006 | Defendant to disclose its expert and expert reports. |
| December 29, 2006 | July 30, 2006 | Depositions of Plaintiff's and Defendant's experts to be completed. |
| February 2007 | September 2006 | Parties ready for trial, as necessary |

The parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses, and expert witnesses. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

## Settlement Discussion

The parties have been unable to reach any agreement on settlement as of this date.

## Certifications

Each party will submit under separate cover the certification required by Local Rule 16.1(D)(3).

- 3 -

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

                                                     Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| /s/ Paul F. Wood | /s/ Andrew C. Pickett |
| Paul F. Wood, BBO #565195 | Andrew C. Pickett, BBO #549872 |
| Law Office of Paul F. Wood, P.C. | Richard W. Paterniti, BBO#645170 |
| 45 Bowdoin Street | Jackson Lewis LLP |
| Boston, MA 02114 | 75 Park Plaza |
| (617) 532-2666 | Boston, MA 02116 |
| | (617) 367-0025 |

Dated: September 7, 2005