UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AZZAM KADOURA,
    Plaintiff,

v.

HARTE-HANKS, INC. d/b/a HARTE-HANKS DATA TECHNOLOGIES,
    Defendant.

Case No. 05-10204

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Harte-Hanks Inc, and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

a)    with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of this litigation; and

b)    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Andrew C. Pickett, BBO # 549872
Richard W. Paterniti, BBO # 645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: September 7th, 2005

_____
Harte-Hanks, Inc.