UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AZZAM KADOURA,<br>      Plaintiff,<br><br>v.<br><br>HARTE-HANKS, INC. d/b/a HARTE-HANKS DATA TECHNOLOGIES,<br>      Defendant. | Case No. 05-10204 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HARTE-HANKS

Defendant Harte-Hanks Data Technologies, Inc. makes the following disclosures pursuant to Local Rule 7.3: The parent corporation of Harte-Hanks Data Technologies, Inc. is Harte-Hanks, Inc. Harte-Hanks, Inc. is a publicly traded corporation, and owns all of the stock of Harte-Hanks Data Technologies, Inc.

Respectfully submitted,

HARTE-HANKS, INC. D/B/A HARTE HANKS DATA TECHNOLOGIES

By and through its attorneys,

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO # 549872
Richard W. Paterniti, BBO # 645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Dated: September 13, 2005    (617) 367-0025