UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Azzam Kadoura, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Harte-Hanks, Inc. d/b/a )<br>  Harte-Hanks Data Technologies, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>05-10204 MLW |

### PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _____/s/ AK_____   8/19/05
    Azzam Kadoura           Date

By: _____/s/ Paul F. Wood_____   9-2-05
    Paul F. Wood, BBO No. 565195   Date
    Law Office of Paul F. Wood, P.C.
    45 Bowdoin Street
    Boston, Massachusetts 02114
    (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro-se parties attorneys of record by hand/first class mail, postage prepaid, on 9-2-05