UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -2 P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AZZAM KADOURA, <br>       Plaintiff, <br><br> v. <br><br> HARTE-HANKS, INC. d/b/a HARTE <br> HANKS DATE TECHNOLOGIES. <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 05-10204 JGD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Assam

Kadoura, and Defendant, Harte-Hanks Data Technologies, Inc., pursuant to Fed. R. Civ.

P. 41(a), that this action shall be and hereby is dismissed with prejudice, and without

costs or attorneys fees to either party.

Respectfully submitted,

FOR PLAINTIFF

Paul F. Wood, BBO #565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

FOR DEFENDANT

Andrew C. Pickett. BBO #549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: 3.1.06